# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 464 - 1-11 | **DATE** | 7/14/2004 |
| **CASE TITLE** | USA vs. RICHARD CARMEN, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] ENTER MEMORANDUM OPINION AND ORDER regarding pretrial motions ruled on in open court.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | JUL 16 2004 | |
| | Notified counsel by telephone. | | date docketed | 330 |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | | |
| | Copy to judge/magistrate judge. | 2004 JUL 15 PM 4:54 | date mailed notice | |
| CG | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES, | ) | |
|---|---|---|
| Plaintiff, | ) | 02 CR 464-1-11 |
| v. | ) | Judge Ronald A. Guzmán |
| RICHARD CARMEN, et al | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

For the reasons stated below and during the status conference on July 14, 2004, the following motions are resolved as follows:

1.) Motions for Preservation of Agent's Notes by Richard Carmen [130], Alberto Rodriguez [166] and Charles States [116] are mooted by the government's response [196]. The government has instructed Agent Lindsay to preserve her notes and to instruct her colleagues to do the same.

2.) Motions for Production of 404(b) Materials by Richard Carmen [122], Alberto Rodriguez [165] and Charles States [114] are mooted by the government's response. The government has indicated that it will provide notice six weeks in advance of trial. In his motion, Rodriguez also requested disclosure of Rule 608(b) material. This request is denied in accordance with the Court's previous ruling [288].

3.) *Brady* and *Giglio* Motions by Richard Carmen [126], Omar Avila [175], Alberto Rodriguez [170], and Charles States [113] are mooted by the

1



government's response. The government has acknowledged its obligations under *Brady* and *Giglio*, has turned over voluminous discovery materials to date, and agrees to disclose Jencks Act materials six weeks in advance of trial.

4.) Motion for Disclosure of Witness Statements by Alberto Rodriguez [171] is mooted by the government's response relating to Jencks Act materials.

5.) Motion for a List of Witnesses by Richard Carmen [132] is denied. The Court encourages the parties to consider reaching a formal agreement regarding mutual disclosure of witness lists in advance of trial.

6.) Motion as to Guilt and Punishment Issues by Omar Avila [176] is withdrawn.

7.) Motion to Disclose Contacts between Government Agents and Jailhouse Informants by Omar Avila [177] is denied.

**SO ORDERED.**  ENTERED: 7/14/04

HON. RONALD A. GUZMAN
United States Judge